```
 1  BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney
 2  SARA WINSLOW (DCBN 457643)
    Chief, Civil Division
 3  JONATHAN U. LEE (CSBN 148792)
    Assistant United States Attorney
 4
         1301 Clay Street, Suite 340S
 5       Oakland, California 94612-5217
         Telephone: (510) 637-3680
 6       Fax: (510) 637-3724
         Jonathan.Lee@usdoj.gov
 7
    Attorneys for the United States of America
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELIZABETH WHITE AKA CURRY, | CASE NO. C 17-03956 KAW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR THE PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |
| v. | |
| DEPARTMENT OF VETERAN AFFAIRS REGIONAL DIRECTOR ANGELA WRIGHT, | |
| Defendants. | |

**STIPULATION**

THE PARTIES ENTER INTO THE FOLLOWING STIPULATION AND RESPECTFULLY REQUEST ENTRY OF THE PROPOSED ORDER BY THE COURT:

WHEREAS, Plaintiff Elizabeth White aka Curry filed this action on July 13, 2017 (ECF No. 1);

WHEREAS, Plaintiff completed service of the summons and complaint on the Federal Defendants on September 20, 2017 by delivering the summons and complaint to the U.S. Attorney's Office (ECF No. 12);

WHEREAS, under Federal Rule of Civil Procedure 12, the Federal Defendants filed their initial responsive pleading on November 20, 2017;

STIPULATION AND [PROPOSED] ORDER     - 1 -
Case No. C 17-03956 KAW

WHEREAS, Plaintiff's opposition is due December 4, 2017; and

WHEREAS, at Defendant's counsel suggestion, the parties are in agreement to extend the remaining briefing deadlines and the hearing, with the Court's permission, as follows:

1) Extending the deadline by 30 days by agreement, Plaintiff's opposition to the motion must be filed on or before January 5, 2018;

2) Defendants' reply must be filed on or before January 12, 2018;

3) The parties request a postponement of the Motion Hearing to January 18, 2018 to a later date to be set by the Court.

IT IS SO STIPULATED.

DATED: 11/28/2017

By: *Plaintiff's signature appears at ECF No. 20
ELIZABETH WHITE AKA CURRY
Plaintiff

DATED: November 30, 2017

BRIAN J. STRETCH
United States Attorney

/s/ Jonathan U. Lee
JONATHAN U. LEE
Assistant United States Attorney
Attorneys for the United States of America

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.

**[PROPOSED]** ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, the hearing is continued from 1/18/18 to 2/1/18 at 11:00 a.m.

Dated: 11/29/17

*Kandis Westmore*
THE HONORABLE KANDIS A. WESTMORE

STIPULATION AND [PROPOSED] ORDER - 3 -
Case No. C 17-03956 KAW